IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TAMMY LALACK,**     3:11-CV-01285-BR

    **Plaintiff,**     **JUDGMENT**

**v.**

**STATE OF OREGON, OREGON YOUTH AUTHORITY, KENNETH JESKE, and FARIBORZ PAKERESHT,**

    **Defendants.**

    Based on the Court's Order issued October 11, 2012, and the Court's Opinion and Order issued January 30, 2013, the Court **DISMISSES** Plaintiff's Second, Fourth, Fifth, Sixth, Ninth, and Tenth Claims **without prejudice** and **DISMISSES** Plaintiff's First, Third, Seventh, and Eighth Claims **with prejudice**.

    IT IS SO ORDERED.

    DATED this 30th day of January, 2013.

                                      /s/ Anna J. Brown

                                      ANNA J. BROWN
                                      United States District Judge