IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMMY LALACK,                           3:11-CV-01285-BR

      Plaintiff,                      JUDGMENT

v.

STATE OF OREGON, OREGON YOUTH
AUTHORITY, KENNETH JESKE, and
FARIBORZ PAKERESHT,

      Defendants.

    Based on the Court's Order issued October 11, 2012, and the Court's Opinion and Order issued January 30, 2013, the Court **DISMISSES** Plaintiff's Second, Fourth, Fifth, Sixth, Ninth, and Tenth Claims **without prejudice** and **DISMISSES** Plaintiff's First, Third, Seventh, and Eighth Claims **with prejudice**.

    IT IS SO ORDERED.

    DATED this 30th day of January, 2013.

                                      /s/ Anna J. Brown

                                      ANNA J. BROWN
                                      United States District Judge

1 - JUDGMENT